# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134275

DEPARTMENT OF TRANSPORTATION,
        Plaintiff-Appellee,

v

SEHN FAMILY NOVI LIMITED
PARTNERSHIP, FRANCIS J. SEHN,
and CELESTINE SEHN,
        Defendants-Appellants.

SC: 134275
COA: 263934
Oakland CC: 1996-521477-CC

_____/

On order of the Court, the application for leave to appeal the March 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2008

Clerk

d0319